FILED
CLERK, U.S. DISTRICT COURT
APR 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ERNESTO GUTIERREZ-<br>DE LA PENA,<br><br>　　　　　　　　Defendant. | SA:15-CR-00023-CJC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) [X] the appearance of defendant as required; and/or

　　(B) [X] the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with conditions of release + refrain from criminal activity. Defendant has extensive criminal history_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will not comply with conditions of release. Also, no adequate sureties available._

IT IS ORDERED that defendant be detained.

DATED: 4/27/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE